27647. ROADWAY EXPRESS INC. *v.* WILSON TRUCK COMPANY.

GUERRY, J. 1. This case is controlled in principle by the decision of this court in *Roadway Express Inc.* v. *McBroom*, ante, 223.

The court erred in striking the plea of former adjudication, and the subsequent proceedings were nugatory.

*Judgment reversed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED DECEMBER 5, 1939.